UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHEN BURTON LOCKHART,       )<br>                                                            )<br>        Petitioner,                              )<br>                                                            )<br>        v.                                              )<br>                                                            )<br>WARDEN, MAINE STATE PRISON,    )<br>                                                            )<br>        Respondent.                           ) | Civil No. 09-497-B-W |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 19, 2010 her Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on March 8, 2010.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

In affirming the Recommended Decision, I agree fully with the Magistrate Judge's observation that "[j]ustice did not get short-shrift here." *Recommended Dec.* at 4 (Docket # 7).  This case has been thoroughly and repeatedly reviewed both in federal and state court and here, the Magistrate Judge exhibited impressive care and diligence in formulating her exhaustive Recommended Decision.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2254 Petition (Docket # 1) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §  2253(c)(2).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 15th day of March, 2010